**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No. 8:19-CV-00311 (VEB)

MICHAEL A. SKLAVER,

        Plaintiff,

JUDGMENT

vs.

ANDREW M. SAUL, Acting Commissioner of Social Security,

        Defendant.

For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is entered in Plaintiff's favor and this matter is REMANDED for further proceedings consistent with the Decision and

1

Order; and (4) this case is CLOSED without prejudice to a timely application for attorneys' fees and costs.

DATED this 16th day of March 2020,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE