UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL SKLAVER, | ) | No. SACV19-00311 (VEB) |
| | ) | |
| Plaintiff, | ) | **ORDER AWARDING EQUAL** |
| | ) | **ACCESS TO JUSTICE ACT** |
| v. | ) | **ATTORNEY FEES AND COSTS** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses in the amount of SIX THOUSAND THREE HUNDRED SIXTY-SIX DOLLARS and TEN CENTS ($6,366.10), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS  ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

DATE:       April 20, 2020      /s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE